**Order entered April 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01720-CR

**STEPHEN MATTHEW POLITO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the 219th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 219-80376-2012

## ORDER

The Court **REINSTATES** the appeal.

On April 19, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is not indigent and is represented by retained counsel; (3) counsel has not abandoned the appeal; and (4) counsel indicated he would be "issuing a letter" to the court reporter designating certain dates for hearings to be transcribed. We note that the trial court made no finding regarding when appellant's brief would be filed.

A three-volume reporter's record was filed in this appeal on January 15, 2013. That record was from the December 13, 2012 plea hearing. The docket sheet reflects that a

suppression hearing may have been held on or around August 10, 2012, but it is not clear from the order denying the motion to suppress that a hearing was actually held on the motion.

Accordingly, we **ORDER** Indu Baily, official court reporter of the 219th Judicial District Court to file, within **THIRTY DAYS** of the date of this order, either: (1) the reporter's record of the suppression hearing and any other hearings that may have been conducted; (2) written verification that no other hearings were recorded; or (3) written verification that appellant has not paid for the records of any other hearings. *We notify appellant that if we receive verification of non-payment, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **ORDER** appellant to file his brief within **SIXTY DAYS** of the date of this order. If appellant's brief is not filed within the time specified, we will, without further notice, submit the appeal without briefs. *See* TEX. R. APP. P. 38.8(b)(4).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Indu Baily, official court reporter, 219th Judicial District Court, and to counsel for all parties.


/s/     DAVID EVANS
         JUSTICE